# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TYRONE OTIS THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:12-cv-02533-LSC-JEO |
| JUDGE BILLY JACKSON, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on December 26, 2012, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on January 9, 2013.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

Done this 7th day of February 2013.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]